# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

**David E. Patton**
*Executive Director and Attorney-in-Chief*

**Deirdre D. von Dornum**
*Attorney-in-Charge*

September 28, 2020

<u>By ECF</u>

The Honorable William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:   <u>U.S.A. v. Steven Carter</u>, 20-CR-295 (WFK)

Your Honor:

     I write on behalf of my client, Steven Carter , who's case is pending before You, with a request to modify a condition of his bond.

     On August 24, 2020, Mr. Carter was released on a $50,000 bond, co-signed by his sister, Irene Carter. At the time of his release it was agreed that he would reside with his significant other, Charlia Brown, on Staten Island. Recently, there has been significant tension between them and both agree that it would be best if he were to go to live with his sister, the suretor, at 10 Amboy St. in Brooklyn instead. She is amenable. I have spoken to Pre Trial Services Officer Michael Dorn, who has been supervising Mr. Carter, and he approves of the move. AUSA Frank Cavanaugh does not object. Therefore, it is, respectfully requested that Your Honor order a modification of the conditions of Mr Carter's bond to allow for this change in residence. All other conditions would remain the same.

     Thank You for Your attention to and consideration in this matter.

                                   Respectfully Submitted,

                                   *Michael P. Padden*

                                   Michael P. Padden, Esq.
                                   Assistant Federal Defender

718-330-1240
michael_padden@fd.org

cc: AUSA Frank Cavanaugh

   USPTSO Michael Dorn