IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STEVEN CARTER
Plaintiff

vs.

UNITED STATES OF AMERICA
Defendant



Appeal. No _____
Case No: 20-295 (WFK)

## NOTICE OF APPEAL FOR INTERLOCUTORY

Now comes, Steven Carter, acting Pro Se, Respectfully moves the Clerk of the Court to note an appeal on the Court Docket for an appeal to the Second Circuit of Appeal in the matter before this Court. This appeal is timely under Federal Rules of Appellate Procedure Rule 4(a)

Under Title

The Petitioner is appealing the Honorable Judge William F Kuntz II pretrial motion hearing held on February 23, 2022 before this Court. The Court made a decision denying the Petitioner's pretrial motion on March 8, 2022.

Therefore, the Petitioner is appealing this decision which violated Petitioner's Constitutional Rights as follows:

1. The Court's decision violates the Petitioner's due process Rights under the Fourth Amendment for failure to suppress illegally obtained evidence due to the fact that the Stop and Frisk due to lacked of probable cause for the warrantless search. The search was unjust and unreasonable.

2. The Court's decision violated the petitioner's Fifth Amendment Right by failing to suppress all alleged statements made during the illegal search of his person. Miranda Rights

3. The Court's decision violated the Petitioners' Sixth Amendment Right by failing to allow impeachment records of the Officer Morgan and Officer Weekes prior records of conducting illegal stop and frisk searches.

Plaintiff Respectfully moves for a timely notice of Interlocutory Appeal to address the Constitutional violation of his Federal Rights.

Date 3-17-22

_Steven Carter_
Steven Carter

### Certification of Service

I Steven Carter, hereby certify that a copy of this Notice of Appeal was sent to the Government's Counsel, Nick M. Axelrod at 271 Cadman Plaza East Brooklyn, NY 11201 via prepaid U.S. Mail

Date 3-17-22

_Steven Carter_
Steven Carter



STEVEN CHETER
Reg# 50936 509
P.O Box 329002
Brooklyn, NY, 11232

The Clerk of the Court
U.S District Court
225 East Cadman Plaza
Brooklyn, NY 11201





