

UNITED STATES DISTRICT COURT
                                EASTERN DISTRICT OF NEW YORK

STEVEN CARTER                                                     Criminal No. 20-295 (WFK)
Plaintiff

Vs.

UNITED STATES OF AMERICA
Defendant

## MOTION TO STAY CRIMINAL PROCEEDING

Now comes, Steven Carter, acting Pro Se, Moves this Honorable Court to grant the Stay in this matter for trial before this Honorable Court. The Petitioner moves this Court to issue stay in the criminal proceeding until the Appeal of the interlocutory is resolved by the Second Circuit Court of Appeal. The Petitioner in invoking His constitutional Rights to Appeal his pre trial motions due to the fact, the petitioner is challenging the legality of the "Stop and Frisk" incident to a warrantless search without probable cause. The stay is in the interest of justice.
Under Federal 8(a)(1)(A) Stay or Injunction Pending Appeal

Date 3-17-22                                                                /s/ Steven Carter
                                                                                          STEVEN CARTER

                                                Certification of Service

I Steven Carter, Hereby certify that a copy of this notice to stay the criminal proceeding was sent to the government

counsel Nick M. Axelrod at 271 Cadman Plaza East Brooklyn, New York, 11201 pre paid postage US mail.

Date 3-17-22                                                                /s/ Steven Carter
                                                                                         STEVEN CARTER