# WL| Wright Law
### ATTORNEY AT LAW

---

**299 BROADWAY, SUITE 708,**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • MOBILE (917) 992-8701**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

April 28, 2022

**BY ECF**

The Honorable William F. Kuntz, II
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

        **Re:**   *United States* **v.** *Steven Carter,* 20 Cr. 00295 (WFK)

Dear Judge Kuntz:

    On March 24, 2022, Michael Padden of the Federal Defenders Office made an application to be relieved as counsel for defendant Steven Carter and the Court appointed me as CJA Counsel to represent Mr. Carter. The Court directed me to confer with Mr. Padden and the defendant, Mr. Carter. I have since conferred with Mr. Padden on several occasions and I have had in-person attorney visits with the defendant at the MDC Brooklyn BOP jail.

    At this time, I respectfully request a status conference so that I may update the Court about my discussions with the defendant and have Mr. Padden and the Federal Defenders Office formally relieved as counsel for the defendant. AUSA Nicholas Axelrod consents to this application.

                                                                    Sincerely,
                                                                    /s/
                                                                  Christopher Wright

Cc: AUSA Nicholas Axelrod